IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT P. HORGOS,            )
    Plaintiff,               )
                             )
v.                           ) Civil Action No. 08-815
                             )
ALFREDO J. SARARO, III,      )
ET AL.,                      )
    Defendants.              )

## 7th ORDER

AND NOW this 16 day of June, 2008, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record