UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT P. HORGOS,

      Plaintiff,

-vs-                                        Case No. 2:09-cv-163-FtM-29SPC

ALFREDO J. SARARO, III; SARARO
HOLDINGS, LLC; ALANA SARARO; RICHARD
A. SENA; PAMELA STEWART; JOHN G.
VEGA; FRANCES AGOSTO; KATIE GEYER;
MARIA A. ROWE; FIFTH THIRD BANK and
CHRISTOPHER SARARO,

      Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff Robert Horgos's Motion to Extend Time to Serve the Defendant Christopher Sararo (Doc. #251) filed on May 7, 2010. The Defendants Fifth Third Bank, Katie Geyer, and Maria Gonzalez f/k/a Rowe filed their Response in Opposition (Doc. # 252) to the Plaintiff's second motion seeking additional time to serve Defendant Christopher Sararo on May 10, 2010. The Motion is now ripe for review.

Pursuant to Fed. R. Civ. P. 4(m), the Court may enlarge the time to serve a party for good cause shown if the individual is not served within the 120 days allowed by the Federal Rules to effect service. This action was originally filed on September 21, 2009, and therefore, the service had to be effectuated on the Defendants by January 19, 2010. On January 15, 2010, this Court granted the Plaintiff an additional 120 days (Doc. #237) to serve the Defendant Christopher Sararo. That deadline expires on May 14, 2010. The Plaintiff states that he has hired a private investigator to locate Sararo and has attempted service in Florida and California, to no avail. The Plaintiff

therefore, seeks another sixty (60) days in which to effect service on the Defendant Christopher Sararo.

Based upon the Plaintiff's Motion, the Court at this time does not find good cause to enlarge the deadline to serve the Defendant. The Plaintiff has had 240 days, and yet has been unable to locate Christopher Sararo, and has failed to provide the Court with evidence of the failed attempted service. Thus, the Motion is due to be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiff Robert Horgos's Motion to Extend Time to Serve the Defendant Christopher Sararo (Doc. #251) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record